**LANA MARKS**
125 Worth Avenue, Suite 221
Palm Beach, Fl 33480
Tel: (561) 655-3155
Fax: (561) 655-2799

United States District Court
Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

Case#: 07-80138-CIV-PAINE/JOHNSON

By: Certified mail

To whom it may concern:

This is to be advised that I have just been made aware of the above mentioned case. I have been traveling excessively internationally for my company and just returned. I will hire an attorney to take care of this as soon as possible.

Sincerely yours,

Lana .J. Marks
CEO/Designer
LANA MARKS