UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-80138-CIV-PAINE/JOHNSON

SAMIRA SULLIVAN, on her own behalf
and others similarly situated,

    Plaintiff,

vs.

LANA MARKS LTD., INC., a Florida
corporation, and LANA J. MARKS,
individually,

    Defendants.

_____/

## AKERMAN SENTERFITT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS, LANA MARKS LTD., INC. AND LANA J. MARKS, INDIVIDUALLY

Eric A. Gordon, Esquire, Melissa S. Zinkil, Esquire, and Akerman Senterfitt (hereinafter collectively "Akerman Senterfitt"), pursuant to Rule 7.1, Local Rules of the U.S. District Court, Southern District of Florida, hereby move the Court for an Order allowing them to withdraw as counsel of record for Defendants, LANA MARKS LTD, INC., and LANA J. MARKS, individually, and as grounds therefor state as follows:

1.    Defendants, LANA MARKS LTD., INC. and LANA J. MARKS, retained Akerman Senterfitt to defend their interests in this matter.

2.    Due to the development of irreconcilable differences between Akerman Senterfitt and Defendants, Akerman Senterfitt and Defendants have jointly decided to terminate this representation.

3.    Defendants have no objection to this motion, and are in the process of retaining new counsel to represent them in this matter.

Samira Sullivan vs. Lana Marks Ltd., Inc., et al.
Case No.: 07-80138-CIV-PAINE/JOHNSON
Motion to Withdraw as Counsel of Record

4.  Akerman Senterfitt requests that Defendants be given thirty (30) days to retain new counsel, and that all proceedings be stayed during that period of time.

5.  The undersigned certifies that the requested enlargement of time is not being sought for purposes of delay or for any other improper purpose. Further, the granting of this motion will not result in any prejudice to Plaintiff as this matter is in still in its very early stages and is not yet set for trial.

6.  Akerman Senterfitt is providing a copy of this Motion to Defendants by facsimile and U.S. Mail to Defendants' last known address as follows:

> Lana Marks Ltd., Inc.
> 125 Worth Avenue, Ste. 221
> Palm Beach, Florida 33480

7.  Additionally, a copy of this Motion has been served upon Plaintiff's counsel via facsimile and U.S. Mail.

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(A)(3), the undersigned counsel has conferred with counsel for Plaintiff who has agreed to the withdrawal, but who has not agreed with the amount of time requested to retain new counsel.

WHEREFORE, Eric A. Gordon, Melissa S. Zinkil and Akerman Senterfitt, respectfully request that this Court enter an Order granting Akerman Senterfitt's Motion to Withdraw As Counsel of Record for Defendants, LANA MARKS LTD., INC. and LANA J. MARKS, that Akerman Senterfitt be relieved of any further responsibilities and obligations in connection with this matter, and that Defendants be permitted thirty (30) days to retain new Florida counsel, as set forth in the proposed Order attached hereto as Exhibit "A," and for such additional relief as the Court deems just and proper.

<u>Samira Sullivan vs. Lana Marks Ltd., Inc., et al.</u>
Case No.: 07-80138-CIV-PAINE/JOHNSON
Motion to Withdraw as Counsel of Record

Dated: <u>May 25, 2007</u>  
West Palm Beach, FL

Respectfully submitted,

/s/ Eric A. Gordon
Eric A. Gordon (Florida Bar No. 071341)
E-mail: eric.gordon@akerman.com
Melissa S. Zinkil (Florida Bar No. 0653713)
E-mail: melissa.zinkil@akerman.com
**AKERMAN SENTERFITT**
222 Lakeview Avenue, Suite 400
West Palm Beach, FL 33401-6183
Telephone: 561.653.5000
Facsimile: 561.659.6313
*Attorneys for Defendants,*
*Lana Marks Ltd., Inc. and Lana J. Marks,*
*individually*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Eric A. Gordon

<u>Samira Sullivan vs. Lana Marks Ltd., Inc., et al.</u>
Case No.: 07-80138-CIV-PAINE/JOHNSON
Motion to Withdraw as Counsel of Record

## SERVICE LIST

**Samira Sullivan vs. Lana Marks Ltd., Inc., et al.**
**Case No.: 07-80138–CIV-PAINE/JOHNSON**
**United States District Court, Southern District of Florida**

Stacey H. Cohen, Esq.
E-mail: cohen@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: 561.447.8888
Facsimile: 561.447.8831
*Attorneys for Plaintiff, Samira Sullivan*
Service by Facsimile and Notice of Electronic Filing

Eric A. Gordon, Esq.
E-mail: eric.gordon@akerman.com
AKERMAN SENTERFITT
222 Lakeview Ave., Suite 400
West Palm Beach, Florida 33401
Telephone: 561.653.5000
Facsimile: 561.659.6313
*Attorneys for Defendants, Lana Marks Ltd., Inc. and Lana J. Marks, individually*
Service by Notice of Electronic Filing

Lana J. Marks
Lana Marks Ltd., Inc.
125 Worth Avenue, Ste. 221
Palm Beach, Florida 33480
Telephone: 561.655.3155
Facsimile: 561.655.2799
*Defendants*
Service by Facsimile and U.S. Mail