UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-80138-CIV-MIDDLEBROOKS/JOHNSON

SAMIRA SULLIVAN, on her own behalf
and others similarly situated,

    Plaintiff,

v.

LANA MARKS LTD., INC., a Florida
corporation, and LANA MARKS, individually,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* review of the record in this case. I have reviewed the file and am fully informed in the premises.

    This is a Fair Labor Standards Act case that was filed on February 14, 2007. Plaintiff moved for a default, but before one was entered, the Clerk's Office received a letter sent by Defendant Lana Marks which stated that she was aware of this case and would hire an attorney as soon as possible. Ten days later, a Notice of Appearance was entered by defense counsel, Eric Andrew Gordon and Melissa S. Zinkil, of Akerman Senterfitt & Edison. DE 8. Defense counsel then filed two motions for extensions of time to respond to the complaint, but before filing a responsive pleading, defense counsel moved to withdraw. This request was granted. In the order granting defense counsel's motion to withdraw, Defendants were informed that they must be represented by counsel, but no date certain was given as to when they must secure counsel. I again remind Defendants of the need for counsel in this action.

    While Defendant Lana Marks, individually, can proceed *pro se*, a corporation must be

represented by an attorney in any action in federal court, and cannot appear or file pleadings *pro se*. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381 (11th Cir. 1985).  The Court directs the Defendant corporation to submit a proper answer through legal counsel or a default judgment may be entered against Defendant.  Defendant Lana Marks must also submit a responsive pleading or risk default judgment.  The Defendants are further instructed that the Court has no legal authority to appoint counsel for the Defendants.  The deadline to file a response to Plaintiff's Complaint is June 25, 2007 in accordance with Judge Paine's May 23, 2007 Order.  Defendants have already been given two extensions of time.  I am not inclined to grant further extensions absent compelling circumstances.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Lana Marks Ltd. shall file a proper answer through legal counsel on or before June 25, 2007.  Defendant Lana Marks shall file a responsive pleading on or before June 25, 2007, either through legal counsel or *pro se*.  Should Defendant Lana Marks desire to proceed *pro se*, she must file a notice stating such intention on or before June 25, 2007.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 19th day of June 2007.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    counsel of record
Lana J. Marks
Lana Marks Ltd., Inc.
125 Worth Avenue, Suite 221
Palm Beach, FL 33480