LAW OFFICES OF

# FRANK J. MCKEOWN, JR., P.A.

CONCOURSE TOWER 1
SUITE 701
2000 PALM BEACH LAKES BOULEVARD
WEST PALM BEACH, FL 33409

FRANK J. McKEOWN, JR.
BOARD CERTIFIED CIVIL TRIAL ATTORNEY
SPECIALIZING IN EMPLOYMENT LITIGATION

Telephone No. (561) 832-5650
(561) 688-9833
(561) 721-3724
Facsimile No. (561) 688-9985

August 28, 2007

**REGULAR U.S. MAIL AND
VIA FACSIMILE**
Mr. Greg Shavitz
Shavitz Law Group P.A.
1515 South Federal Highway
Suite 404
Boca Raton, FL 33432

      Re:   *Sullivan v. Lana Marks. LTD, Inc.*
              *Dieujuste et al. v. RJ Electric*

Dear Greg:

    I received your fax of August 23, 2007 at which time I responded by via voice mail on the same date regarding your offer to settle Sullivan case for $22,000. I don't have $22,000. I have $20,000. Actually I don't even have that I have $15,000 but I would recommend and I can assure you that I have enough control that I will get her to settle it for the $20,000 but I am pretty sure she is not going to go beyond that number. She is very vindictive person when it comes to this issue.

    Because of the fact that I am going to have to start moving forward in both of the above cases before I am due I am trying very desperately to get these matters resolved.



EXHIBIT A

Mrs. Lana Marks.  
Re: *Sullivan et al. vs. Mark*  
August 28, 2007  
Page 2 of 2

Please contact me immediately.

Very truly yours,

Frank J. McKeown, Jr.

FJMcK/mk

## Stacey Cohen

| | |
|---|---|
| **From:** | Stacey Cohen |
| **Sent:** | Wednesday, August 29, 2007 7:06 AM |
| **To:** | 'frankmckeown@juno.com' |
| **Subject:** | Sullivan Settlement Agreement |
| **Attachments:** | SETTLEMENT AGREEMENT.doc |

Frank:

I know you and Gregg have been negotiating and that you are at $20,000.00. However, Sullivan will not provide a general release unless she recovers the commissions owed to her from January 2007. She sold $38,000.00 worth of goods that month, and was supposed to receive a commission of 1%, or $380.00. She did not. I added that much on to the amount. Otherwise, I will draft separate agreements for St. Claire and Sullivan and Sullivan will have a narrow release.

Please confirm receipt of this email.

Thanks.

Stacey H. Cohen, Esq.
SHAVITZ LAW GROUP, PA
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Tel: 561-447-8888
Fax: 561-447-8831

LAW OFFICES OF

# FRANK J. MCKEOWN, JR., P.A.

CONCOURSE TOWER 1
SUITE 701
2000 PALM BEACH LAKES BOULEVARD
WEST PALM BEACH, FL 33409

FRANK J. McKEOWN, JR.
BOARD CERTIFIED CIVIL TRIAL ATTORNEY
SPECIALIZING IN EMPLOYMENT LITIGATION

Telephone No. (561) 832-5650
(561) 688-9833
(561) 721-3724
Facsimile No. (561) 688-9985

August 29, 2007

Mr. Greg Shavitz
Shavitz Law Group P.A.
1515 South Federal Highway
Suite 404
Boca Raton, FL 33432

Re: *Sullivan v. Lana Marks. LTD, Inc.*

Dear Greg:

I received the email regarding the above settlement. I negotiated with you $20,000 for all claims. I was never made aware of an additional $380 in commissions. After we agreed on the $20,000 figure I was able with a great deal of difficulty to convince Ms Marks to go to the $20,000 figure. She is sending me a check for that amount. I will not and can not under any circumstances go back to her for another $380, as Ms. Marks was adamant about the $20,000 figure.

Also I received the fax of the proposed settlement agreement and paragraph 3 would have to be changed. The check will be made out to Shavitz Law Group P.A. Please revise that paragraph. Also since this is a joint release because there is a counterclaim the settlement really should recite the counterclaim and the paragraph in there regarding the fact that the Plaintiffs will not in the future make any adverse comments or statements regarding the defendants. That probably should come after paragraph 5. With these changes I will have my client sign and forward a check with the signed release.

Very truly yours,

Frank J. McKeown, Jr.

FJMcK/mk

## LAW OFFICES OF FRANK J. McKEOWN, JR., P.A.

CONCOURSE TOWER 1
SUITE 701
2000 PALM BEACH LAKES BOULEVARD
WEST PALM BEACH, FLORIDA 33409

FRANK J. McKEOWN, JR.
BOARD CERTIFIED CIVIL TRIAL ATTORNEY
SPECIALIZING IN EMPLOYMENT LITIGATION

Telephone No. (561) 832-5650
(561) 688-9833
(561) 721-3724
Facsimile No. (561) 688-9985

### FACSIMILE TRANSMISSION COVER SHEET

DATE: 8/29/2007 2:11 PM

TO: Greg Shavitz, Esq.

FAX: 561.447.8831

FROM: Frank J. McKeown, Jr., Esq.

RE: Sullivan vs. Lana Marks. LTD, Inc.

TOTAL NUMBER OF PAGES (INCLUDING THIS PAGE): -- 2

**IF YOU DO NOT RECEIVE ALL PAGES INDICATED, PLEASE CALL (561) 832-5650.**

### CONFIDENTIAL NOTICE

*This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Addressee named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original facsimile at no cost to you.*