

# SHAVITZ
## LAW GROUP, P.A.

1515 S. Federal Hwy, Suite 404 | Boca Raton, Florida 33432
www.shavitzlaw.com

## FACSIMILE TRANSMITTAL COVER SHEET

TO:               Frank James McKeown, Jr., Esq.

FAX NO.:          561-688-9985

IN RE:            Sullivan v. Lana Marks, et al.

FROM:             Gregg I. Shavitz, Esq. / Stacey H. Cohen, Esq.

NUMBER OF PAGES:  _2_ (Including transmittal coversheet)

DATE TRANSMITTED: September 4, 2007

Frank:

Please find the attached e-mail for your review.

Stacey

**If you do not receive all of the pages, <u>please call back as soon as possible.</u>**

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, collect, and return the original message to us at the above address via the U.S.Postal Service. WE WILL REIMBURSE YOU FOR POSTAGE. Thank you.



EXHIBIT D

**From:** Stacey Cohen
**Sent:** Tuesday, September 04, 2007 4:11 AM
**To:** Stacey Cohen; 'frankmckeown@juno.com'
**Cc:** Gregg Shavitz
**Subject:** RE: Sullivan

Frank:
I hope your holiday weekend was enjoyable—please let me know about the agreement and payment date, as referenced below.

Thnx.

Stacey

**From:** Stacey Cohen
**Sent:** Friday, August 31, 2007 2:14 PM
**To:** 'frankmckeown@juno.com'
**Cc:** Gregg Shavitz
**Subject:** Sullivan

Frank:
We faxed you the revised agreement yesterday- just want to know that you are in agreement and I can get my clients' signatures and that money will be forthcoming 9/10.

Please advise.

Thnx.


Stacey H. Cohen, Esq.
The Shavitz Law Group, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, FL 33432
Tel: (561) 447-8888
Fax: (561) 447-8831

PRIVILEGED AND CONFIDENTIAL
The information contained in this e-mail is subject to the attorney-client privilege and/or the attorney work-product doctrine. If you are not the intended recipient, nor the employee or agent responsible for delivering the e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this transmission and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or call (561) 447-8888. Thank you.

TRANSMISSION VERIFICATION REPORT

```
                                          TIME  : 09/04/2007 08:46
                                          NAME  : SHAVITZ LAW
                                          FAX   : 561-447-8831
                                          TEL   : 561-447-8888
                                          SER.# : BROK1J658797
```

```
DATE,TIME              09/04 08:45
FAX NO./NAME           15616889985
DURATION               00:00:32
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

IN RE:                 Sullivan v. Lana Marks, et al.

FROM:                  Gregg I. Shavitz, Esq. / Stacey H. Cohen, Esq.

NUMBER OF PAGES:       _2_ (Including transmittal coversheet)

DATE TRANSMITTED:      September 4, 2007

Frank:

Please find the attached e-mail for your review.

Stacey

**If you do not receive all of the pages, please call back as soon as possible.**

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, collect, and return the original message to us at the above address via the U.S. Postal Service. WE WILL REIMBURSE YOU FOR POSTAGE. Thank you.