**LAW OFFICES OF**

# FRANK J. MCKEOWN, JR., P.A.

CONCOURSE TOWER 1
SUITE 701
2000 PALM BEACH LAKES BOULEVARD
WEST PALM BEACH, FL 33409

FRANK J. McKEOWN, JR.
BOARD CERTIFIED CIVIL TRIAL ATTORNEY
SPECIALIZING IN EMPLOYMENT LITIGATION

Telephone No. (561) 832-5650
(561) 688-9833
(561) 721-3724
Facsimile No. (561) 688-9985

September 10, 2007

*VIA U.S. MAIL AND FACSIMILE*
Mr. Greg Shavitz
Shavitz Law Group P.A.
1515 South Federal Highway
Suite 404
Boca Raton, FL  33432

     *Re:*    *Sullivan v. Marks*

Dear Greg:

     I have in my possession the check for you client for $20,000.  She has not returned the hard copy of the release signed.  I have contacted her to do so immediately so I can release the check.

     Very truly yours,

Frank J. McKeown, Jr.

FJMcK/mk


EXHIBIT
E