**Stacey Cohen**

**From:** Stacey Cohen
**Sent:** Wednesday, September 12, 2007 1:39 PM
**To:** 'frankmckeown@juno.com'
**Subject:** RE: Sullivan

THE AGREEMENT WAS PAYMENT BY 9/10 to be kept in our trust account. It's not our fault his client has not signed. Please forward the check IMMEDIATELY or we will file a motion to enforce and seek sanctions. Thank you.

---

**From:** frankmckeown@juno.com [mailto:frankmckeown@juno.com]
**Sent:** Wednesday, September 12, 2007 1:35 PM
**To:** Stacey Cohen
**Subject:** Re: Sullivan

Ms. Marks is in New York until Friday. Mr. McKeown has the check

but does not have the signed release. When Ms Marks returns on Friday, you

will get the check and the signed release.

                 Maureen Koszola

                 Legal Assistant to Frank McKeown

---

Click to shop and compare great deals on trucks.



EXHIBIT F

10/3/2007