LAW OFFICES OF

# FRANK J. MCKEOWN, JR., P.A.

CONCOURSE TOWER 1
SUITE 701
2000 PALM BEACH LAKES BOULEVARD
WEST PALM BEACH, FL 33409

FRANK J. McKEOWN, JR.
BOARD CERTIFIED CIVIL TRIAL ATTORNEY
SPECIALIZING IN EMPLOYMENT LITIGATION

Telephone No. (561) 832-5650
(561) 688-9833
(561) 721-3724
Facsimile No. (561) 688-9985

September 19, 2007

*VIA U.S. MAIL AND FACSIMILE*
Mr. Greg Shavitz
Shavitz Law Group P.A.
1515 South Federal Highway
Suite 404
Boca Raton, FL  33432

Re:   *Sullivan v. Marks*

Dear Mr. Slavitz:

Unfortunately we have a major problem with the terms of the Settlement Agreement that you provided.

It seems that recently in fact within the last two (2) weeks Ms. Marks has determined that Ms. Sullivan has made numerous contacts with customers of Lana Marks Ltd. Inc. locally, in the United States and internationally using Lana Marks Ltd. Customer List which she has in her possession.  Furthermore, she has made disparaging remarks to certain individuals on Worth Avenue. Unfortunately this is unacceptable to my client and there is a non compete agreement in effect

My client insists on a more specific statement and has revised Paragraph 6 as follows:

The Plaintiffs acknowledge that the Defendant's good reputation within the community, United States, and worldwide is extremely important to the Defendant.  Therefore, the Plaintiffs specifically agree that they will not make any disparaging remarks or encourage or induce others to make disparaging remarks in any form of communication either verbally or in writing.  This includes

EXHIBIT G

Greg Shavitz
Re: *Sullivan vs. Marks.*
September 19, 2007
Page 2 of 2

not only local United States and worldwide customers of the Defendant, but anyone at all including but not limited to current or former employees of the Defendant. Also, Plaintiff Sullivan specifically agrees not to contact customers of the Defendant's.

This modification if acceptable would satisfy my client's concerns about the remarks being made by Ms. Sullivan and the use of the customer list. As previously stated my client has issued a check to your account which remains in my possession until we revise the settlement agreement as set forth above.

Your immediate attention to this matter would be appreciated so we can finally resolve this best interests of the parties.

Very truly yours,

Frank J. McKeown, Jr.

FJMcK/mk
Cc: Ms. Marks