UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80138-CIV-MIDDLEBROOKS/JOHNSON

SAMIRA SULLIVAN, on her own
behalf and others similarly situated,

Plaintiff,

v.

LANA MARKS LTD, INC., a Florida
corporation, and LANA J. MARKS,
individually.

Defendants.
_____/

## ORDER ON PLAINTIFFS MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR ENTRY OF JUDGMENT FOR PLAINTIFFS

THIS CAUSE having come before the Court on Plaintiffs Motion to Enforce Settlement Agreement and For Entry of Judgment for Plaintiffs, and the Court having considered the matter and being otherwise fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that Plaintiff's Motion to Enforce Settlement Agreement is GRANTED.

Defendants shall pay to Plaintiffs through their counsel the amount of $20,000.00 plus per diem interest for each day payment is not made post Order date, as executed by this Court, below.

**DONE AND ORDERED** in Chambers, West Palm Beach, Palm Beach County, Florida, this ___day of October, 2007.

_____
U.S. DISTRICT JUDGE

Copies to:
All Counsel of Record