## Earnings Statement

XYH    0125    XYH
LANA MARKS LTD INC
223 SUNSET AVE
SUITE 220
PALM BEACH, FL 33480

Pay Period: 9/01/2006 to 9/14/2006
Pay Date: 9/22/2006

Employee Number: 0125
Department Number:
Social Security Number: XXX-XX-5893
Marital Status: SINGLE
Number Of Allowances: 01
Rate:

SAMIRA SULLIVAN
3800 N JOG ROAD
WEST PALM BEACH, FL 33411

### Hours and Earnings

| Description | Hours | This Period | Year-To-Date |
|---|---|---|---|
| UNITS | 9.92 | 1587.20 | 19908.20 |
| COMM 1 | | | 1717.62 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA | 121.43 | 1654.38 |
| FED WT | 211.65 | 2474.08 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $21,625.82 | $1,587.20 | $333.08 | $1,254.12 |

PLEASE VERIFY NAME, ADDRESS AND SS# FOR W-2 PURPOSES

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

LANA MARKS LTD INC
223 SUNSET AVE
SUITE 220
PALM BEACH, FL 33480

DEPOSIT

Check Date: 9/22/2006

$1,254.12 DEPOSIT TO BANK# 063000047 CHK ACCT# 005484483837

Pay This Amount    $1254.12

Pay To The Order Of:
0125    XYH
SAMIRA SULLIVAN
3800 N JOG ROAD
WEST PALM BEACH, FL 33411

***VOID********VOID****

THIS IS NOT A CHECK

Exhibit 1

**VOUCHER ONLY - NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT