UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-80138-CIV-MIDDLEBROOKS/JOHNSON

SAMIRA SULLIVAN, on her own
behalf and others similarly situated,

Plaintiff,

v.

LANA MARKS LTD, INC., a Florida
corporation, and LANA J. MARKS,
individually.

Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER

THIS MATTER comes before the Court pursuant to a hearing held on November 16, 2007. At this hearing, the parties were able to settle the case and the settlement agreement was stated on the record. Accordingly, it is hereby

ORDERED AND ADJUDGED that based on the settlment agreement recited in open court, this case is DISMISSED WITH PREJUDICE. The Clerk of the Court shall CLOSE the case. All pending motions are DENIED AS MOOT. The Court retains jurisdiction for the limited purpose of enforcing the settlement agreement.

DONE AND ORDERED in Chambers, West Palm Beach, Palm Beach County, Florida, this **16** day of November, 2007.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record